**[NOT FOR PUBLICATION—NOT TO BE CITED AS PRECEDENT]**

# United States Court of Appeals
## For the First Circuit

---

No. 01-1185

MICHELLE KOSILEK,

Plaintiff, Appellant,

v.

DAVID NELSON,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Mark L. Wolf, U.S. District Judge]

---

Before

Selya, Lynch and Lipez,
Circuit Judges.

---

Michelle Kosilek on brief pro se.
Philip N. Beauregard, Michael Franco, and Law Offices of
Beauregard, Burke & Franco on brief for appellee.

---

March 22, 2002

---

**Per Curiam**.  Massachusetts state prisoner Michelle Kosilek appeals from the district court's entry of final judgment pursuant to Fed. R. Civ. P. 54(b) denying the claim of deliberate indifference to her serious medical needs that she brought against former Bristol County Sheriff, David Nelson, pursuant to 42 U.S.C. § 1983.  We have reviewed the record, the briefs of the parties, and the applicable law.  We AFFIRM the district court's judgment for essentially the reasons contained in the court's order granting Nelson's request for summary judgment.  See Kosilek v. Nelson et al., No. CA-92-12820-MLW (D. Mass. Sep. 12, 2000).

Affirmed. See 1st Cir. R. 27(c).